IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CONNIE MOONEY, individually, and on behalf of a class of all persons similarly situated, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 1:09-cv-00090-JOF<br>Complaint – Class Action |
| HOMEOWNERS MORTGAGE ENTERPRISES, INC. and MORRIS HARDWICK SCHNEIDER, LLC, | * * * * | |
| Defendants. | * | |

**NOTICE OF VOLUNTARY DISMISSAL (WITHOUT PREJUDICE)**

COMES NOW Plaintiff and files this "Notice of Voluntary Dismissal (Without Prejudice)" pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Plaintiff shows the Court the following:

1. Rule 41(a)(1)(i) provides that "an action may be dismissed by the plaintiff without order of court . . . by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." FED. R. CIV. P. 41(a)(1)(i).

2. No answer or motion for summary judgment has been filed in this action.

1

3.	Rule 41 refers to Rule 23(e), but the 2003 Amendments to the Rule 23 make clear that Rule 23(e) only applies to a "certified class."  FED. R. CIV. P. 23(e)(1)(a).

4.	No class has been certified in this action.

5.	Therefore, Plaintiff hereby dismisses this action <u>without prejudice</u>.

Pursuant to LR 7.1D, counsel certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1B.

This 15th day of January, 2009.

                                    Respectfully submitted,

                                    DAUGHTERY, CRAWFORD,
                                    FULLER & BROWN, LLP

                                    BY: /s/ Dustin T. Brown_____

| | |
|---|---|
| 1430 Wynnton Road | JASON CRAWFORD |
| Columbus, Georgia  31906 | Georgia Bar No. 193752 |
| Post Office Box 1118 | jason@dcfblaw.com |
| Columbus, Georgia 31902 | J. CLAY FULLER |
| Telephone: (706) 320-9646 | Georgia Bar No. 280207 |
| Facsimile: (706) 494-0221 | clay@dcfblaw.com |
| | DUSTIN T. BROWN |
| | Georgia Bar No. 086998 |
| | dustin@dcfblaw.com |

## **CERTIFICATE OF SERVICE**

This is to certify that on January 15, 2009, I electronically filed the within and foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to counsel of record.

                              DAUGHTERY, CRAWFORD,
                              FULLER & BROWN, LLP

                              BY: /s/ Dustin T. Brown_____

| | |
|---|---|
| 1430 Wynnton Road | JASON CRAWFORD |
| Columbus, Georgia  31906 | Georgia Bar No. 193752 |
| Post Office Box 1118 | jason@dcfblaw.com |
| Columbus, Georgia 31902 | J. CLAY FULLER |
| Telephone: (706) 320-9646 | Georgia Bar No. 280207 |
| Facsimile: (706) 494-0221 | clay@dcfblaw.com |
| | DUSTIN T. BROWN |
| | Georgia Bar No. 086998 |
| | dustin@dcfblaw.com |

3